UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SRS ENERGY, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:08CV285 HEA |
| BIO-PRODUCTS INTERNATIONAL, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that defendant's Motion to Continue Hearing [Doc. #31] is granted. The hearing on all pending motions previously set in this matter for Wednesday, April 30, 2008, is reset to Wednesday, May 14, 2008, at 1:30 p.m. in the courtroom of the undersigned.

Dated this 30th day of April, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE